# United States Court of Appeals
For the Eleventh Circuit

No. 06-10306

District Court Docket No.
00-00166-CV-WLS-1

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Jun 11, 2007
THOMAS K. KAHN
CLERK

LESSIE ANDERSON, BURNICE CRETCHER,
BRENDA GETER, DEXTER JACKSON,
ELLA LYONS, MATTIE MEADOWS,
DARLETTA WHITE, WILLIE FORD,
DIANN FREEMAN, OPT-IN PLAINTIFFS,

Plaintiffs-Appellants,

versus

CAGLE'S, INC.,
CAGLE FOODS JV, LLC,
ALL DEFENDANTS,

Defendants-Appellees.

--------------------------------------------------------------------
Appeal from the United States District Court
for the Middle District of Georgia
--------------------------------------------------------------------

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
SEP 17 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:    June 11, 2007
For the Court:   Thomas K. Kahn, Clerk
By:    Gilman, Nancy